IN THE MATTER OF OPINION NO. 460.

December 18, 1980.

Petition for review of the Advisory Committee on Professional Ethics Opinion Number 460, entitled *Conflict of Interest—Regional Sewerage Authority Counsel, Municipal Counsel: Partners*, is denied, and it is further

ORDERED that the order of this Court of October 14, 1980, staying the effect of Opinion # 460 is vacated, effective February 1, 1981.

IN THE MATTER OF THE ADVISORY COMMITTEE ON PROFESSIONAL ETHICS OPINION NO. 447, HOWARD D. SOBEN AND THE NEW JERSEY ASSOCIATION OF ATTORNEY-CERTIFIED PUBLIC ACCOUNTANTS, INC.

December 18, 1980.

Petition for review of the Advisory Committee on Professional Ethics Opinion Number 447, entitled *Lawyer's Use of C.P.A. on Letterhead*, is granted.

OHIO CASUALTY INSURANCE COMPANY v. CORNELL J. BENSON.

December 18, 1980.

Leave to appeal is granted, and it is further

ORDERED that proceedings in the trial court are stayed pending appeal.